ORIGINAL

8-7-02

Dear U.S. District Court

"Hello" My name is Michael Potopowicz I have several cases in your court. I am Maxing out My Sentance on 8-27-02 I will no longer be at the Prison address. Please Send all future documents papework and legal items to My home address listed below.

Thank you very much
Sincerly Michael Potopowicz

Michael Potopowicz
66 Indian Country F7 #2
Gouldsboro Pa 18424
(570) 676-3503

FILED
HARRISBURG, PA
AUG 12 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1:02-cv-1105
1:02-cv-76
1:01-cv-2446
1:01-cv-749
1:00-cv-586